IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-0398-RPM

ROBIN POLLOCK,

v.

ERIC KAMERON WOOD, D.D.S.,

    Defendant.

_____

### ORDER VACATING SCHEDULING CONFERENCE
_____

    Upon reassignment of this civil action and this Court's case management procedures, it is

    ORDERED that the Minute Order entered by Magistrate Judge Michael E. Hegarty on March 24, 2015, re-setting the scheduling conference to April 23, 2015, is vacated.

    DATED: April 8th, 2015

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge