IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-0398-RPM

ROBIN POLLOCK,

v.

ERIC KAMERON WOOD, D.D.S.,

      Defendant.

_____

ORDER AMENDING SCHEDULING ORDER
_____

      Upon review of the Stipulated Motion to Amend Joint Scheduling Order to Allow for One Additional Deposition Per Party [Doc. 21], it is

      ORDERED that the motion is granted and the Joint Scheduling Order is amended to allow for one additional deposition per party, for a total of three (3) other depositions per party.

      DATED: July 28th, 2015

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge