IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-0398-RPM

ROBIN POLLOCK,

v.

ERIC KAMERON WOOD, D.D.S.,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation to Dismiss Eric Kameron Wood, D.D.S. with Prejudice [Doc. 25], it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

    DATED:   October 13th, 2015

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior Judge